UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

JOSEPH DAVIS,

                                                Plaintiff,          04 Civ. 7276 (SHS)

             -against-

THE CITY OF NEW YORK, et al.,

                                             Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

       **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

       I am over 18 years of age and am not a party to this action.

       That on September 16, 2004, at approximately 1:00 p.m., at the 42nd Precinct, 830 Washington Avenue, Bronx, New York, I served a **Summons and Complaint** upon P.O. James Lamendola, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with a person of suitable age and discretion, to wit Sgt. Anders, co-worker.

       Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: M       Race: W       Hair: short, dark            Approx. Age: 35
Approx. Ht.: 5'4"       Approx. Wt.: average

       That on September 16, 2004, declarant mailed another true copy of the **Summons and Complaint** by first class mail properly enclosed and sealed in a postpaid wrapper addressed

to P.O. James Lamendola at the 42nd Precinct, 830 Washington Avenue, Bronx, New York 10452, his place of business, said envelope bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:  New York, New York
     September 16, 2004

                 By:   /s/
                     Rose M. Weber  (RW 0515)