USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JOSEPH DAVIS,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK, P.O. JAMES
LAMENDOLA, P.O. IAN BRANNON, and P.O.'s
JOHN and JANE DOE #1-10, individually and in their
official capacities, (the names John and Jane Doe being
ficititious, as the true names are presently unknown),

                              Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

04-CV-7276 (SHS)

       **WHEREAS**, plaintiff commenced this action by filing a complaint on or about September 13, 2004, alleging that defendants violated his federal civil and state common law rights; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

       2. Defendant City of New York hereby agrees to pay plaintiff Joseph Davis the total sum of TWELVE THOUSAND DOLLARS ($12,000) in full satisfaction of all claims,

including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the City of New York and to release the individually named defendants James Lamendola and Ian Brannon and any present or former employees or agents of the New York City Police Department and the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit Concerning Liens.

4. Plaintiff has no outstanding tax obligations and/or judgments owed to the City of New York. The New York City Department of Social Services has agreed not to assert any liens it may have against the proceeds of this settlement.

5. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

6. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

7. This Stipulation and Order contains all the terms and conditions agreed

upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
Dec. 11, _____, 2005

Rose M. Weber, Esq.
Attorney for Plaintiff
225 Broadway, Suite 1608
New York, N.Y. 10007
(212) 748-3355

By: _____
Rose M. Weber (RW 0515)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 788-0869

By: _____
Jordan M. Smith (JS 7186)
Assistant Corporation Counsel

SO ORDERED: 12/12/05

_____
U.S.D.J.